■ In the Matter of FAITH J., an Infant. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KATHLEEN J., Appellant. (Proceeding No. 1.) In the Matter of JASON J., an Infant. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KATHLEEN J., Appellant. (Proceeding No. 2.) [848 NYS2d 545]—In two related child protective proceedings pursuant to Family Court Act article 10, the mother appeals, as limited by her brief, from stated portions of an order of fact-finding and disposition of the Family Court, Suffolk County (Freundlich, J.), entered October 27, 2006, which, after a hearing, inter alia, found that she neglected the subject children and required all visitation between her and the children to be supervised.

Ordered that the order of fact-finding and disposition is affirmed insofar as appealed from, without costs or disbursements.

The Family Court's determination regarding issues of credibility is entitled to great weight on appeal (*see Matter of Erich J.,* 22 AD3d 849, 850 [2005]). Here, the Family Court's determination that the mother neglected the subject children is supported by a preponderance of the evidence, which demonstrated that the children's physical, mental, or emotional condition was impaired or was in imminent danger of becoming impaired as a result of the mother's bizarre and paranoid behavior (*see* Family Ct Act § 1046 [b] [i]; *Matter of Angel Marie L.,* 5 AD3d 773 [2004]; *Matter of Krewsean S.,* 273 AD2d 393 [2000]; *Matter of Caress S.,* 250 AD2d 490 [1998]; *Matter of Zariyasta S.,* 158 AD2d 45 [1990]; *Matter of Danielle M.,* 151 AD2d 240 [1989]).

The mother's remaining contentions are without merit. Skelos, J.P., Santucci, Lifson and Carni, JJ., concur.